STUART BARASCH
California Bar #74108
925 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
Telephone: (305) 673-8366
Telephone: (800) 445-2930
Fax (213) 621-2536

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIA LEE, | 1:06-cv-00301-OWW-SMS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO DELIVER THE CONFIDENTIAL LETTER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidence below, that the Plaintiff's time to deliver the confidential letter, in the above-referenced case is hereby extended from August 24, 2006 to September 23, 2006.

Therefore, pursuant to the court's Scheduling Order (Social Security Appeal) at page 2, paragraph 4, defendant's response will be due 35 days (plus three for mailing) after service of plaintiff's confidential letter brief.

1

This continuance is needed because of a heavy calendar and in order for the plaintiff to prepare the materials necessary to file the confidential letter brief.

DATED: July 26, 2006           *S/Stuart Barasch*
                               STUART BARASCH, Attorney for
                               Plaintiff TIA LEE


DATED: July 26, 2006           McGREGOR W. SCOTT
                               United States Attorney


                               *S/Kristy C. Kapetan*
                               KRISTI C. KAPETAN
                               Assistant United States Attorney
                               Attorneys for Federal Defendant
                               JO ANNE B. BARNHART, Commissioner
                               of Social Security


## ORDER

IT IS SO ORDERED this ___31___ day of _____July_____, 2006.


                               /s/ Sandra M. Snyder
                               HONORABLE SANDRA M. SNYDER
                               United States Magistrate Judge

2