STUART BARASCH
California Bar #74108
925 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
310-673-8366
800-445-2930
Fax 213-621-2536
email: sblawoffice@covad.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIA LEE,<br><br>        Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner<br>of Social Security,<br><br>        Defendant. | 1:06-cv-00301-OWW-SMS<br><br>STIPULATION TO EXTEND SCHEDULING ORDER; ORDER THEREON |

Plaintiff Tia Lee ("Plaintiff") and defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, **HEREBY STIPULATE**, subject to the approval of the Court, to extend the time for Plaintiff to file and serve her Opening Brief, pursuant to numbered paragraph 6 of the Court's March 17 2006, Scheduling Order ("Order"), from October 27, 2006 to December 26, 2006; and that all other scheduling dates set forth in the Order shall be extended accordingly.

1

1  The reason for the within stipulation is as follows:

2  Because of a heavy calendar and in order for the plaintiff to prepare the
3  materials necessary to file her opening brief.

4

5  DATED:   October 9, 2006          *S/Stuart Barasch*
                                     STUART BARASCH, Attorney for
6                                    Plaintiff Tia Lee

7

8
   DATED:   October 16, 2006         McGREGOR W. SCOTT
9                                    United States Attorney

10

11                                   *S/Kristi C. Kapetan*
                                     KRISTI C. KAPETAN
12                                   Assistant United States Attorney
                                     Attorneys for Federal Defendant
13                                   JO ANNE B. BARNHART,
                                     Commissioner of Social Security
14

15

16

17
                              ORDER
18

19  Based upon the foregoing stipulation of the parties,

20  **IT IS SO ORDERED** this   25   day of        October   , 2006.

21

22
                                      /s/ Sandra M. Snyder
23                                   HONORABLE SANDRA M. SNYDER
                                     United States Magistrate Judge
24

25

26

27

28
                                    2